UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

DENIHAN OWNERSHIP COMPANY, LLC
                Defendants.
-------------------------------------------------------------------X

Case No.: 1:22-cv-5600

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: February 14, 2023
    Hackensack, New Jersey

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: February 14, 2023
    New York, New York

*s/Todd Fredrick Rosenbaum*

Todd Fredrick Rosenbaum
Mintz Levin Cohn Ferris Glovsky & Popeo PC
919 Third Ave 38th floor
New York, NY 10022
212-935-3000
tfrosenbaum@mintz.com
*Attorneys for Defendant*